YM

**FILED**

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 253**

| | |
|---|---|
| MICHAEL TATE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | )  No. 07 CV ____ |
| -vs- | ) |
| | )  *(jury demand)* |
| CITY OF CHICAGO AND | ) |
| CHICAGO POLICE OFFICER | ) |
| T. BALASZ, #15795 | ) |
| | ) |
| *Defendants.* | ) |

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983.  The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Michael Tate is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.  Plaintiff invokes the supplemental jurisdiction of this Court to assert an indemnification claim against the City and does not assert any federal claim against the municipality.

4. Defendant T. Balasz, #15795 was at all times relevant acting as a Chicago police officer.

5. On October 16, 2007, defendant Balasz arrested plaintiff.

6. Defendant Balasz did not have a lawful basis to arrest plaintiff.

- 2 -

7.  As the direct and proximate result of the above described acts, plaintiff was held at the Cook County Jail until November 8, 2007 when all criminal charges against plaintiff were dismissed.

8.  Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of twenty two thousand dollars as compensatory damages.

*/s/ Kenneth N. Flaxman*

_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*