## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 253**

| | |
|---|---|
| In the Matter of<br>Michael Tate<br>  -vs-<br>City of Chicago, et la., | Case Number: 07 CV 2814 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE LEFKOW**
**MAGISTRATE JUDGE NOLAN**

| |
|---|
| NAME (Type or print)<br>Kenneth N. Flaxman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Kenneth N. Flaxman |
| FIRM<br>Kenneth N. Flaxman P.C. |
| STREET ADDRESS<br>200 S Michigan Ave., Ste 1240 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>08830399 | TELEPHONE NUMBER<br>(312) 427-3200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT