# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 253 | **DATE** | 5/8/2008 |
| **CASE TITLE** |  | Edna Tate, as Special Administrator for the Estate of Michael Tate vs. City of Chicago, et al. | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/8/2008 and continued to 6/12/2008 at 09:30 a.m. for submission of settlement paperwork.  Petitioner's amended motion for appointment of special administrator and to substitute special administrator for plaintiff Michael Tate [12] is granted.  Edna Tate is appointed as special administrator. "Edna Tate, as Special Administrator for the estate of Michael Tate," is substituted as plaintiff in this case and the Clerk shall revise the court's docket to reflect this change.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|