Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 253 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Tate vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. Pursuant to Stipulation to Dismiss, case dismissed with prejudice with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Status hearing of 6/12/2008 stricken. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|