IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TATE, | ) |
|               Plaintiff, | ) |
| vs. | ) No. 08 C 253 |
| CITY OF CHICAGO AND CHICAGO POLICE OFFICER T. BALASZ, #15795, | ) Judge Lefkow |
| | ) Magistrate Judge Nolan |
|               Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Edna Tate, as Special Administrator of the Estate of Michael Tate, by one of her attorneys, Kenneth N. Flaxman, and defendants, Timothy Balasz, by his attorney, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Edna Tate, as Special Administrator of the Estate of Michael Tate, against defendants, City of Chicago and Timothy Balasz, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Joan Humphrey Lefkow
United States District Judge

DATED: 5-16-08

Liza M. Franklin
Chief Assistant Corporation Counsel
30 N. LaSalle St, Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088